# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES, for the use of MASS X, INC.,<br><br>      Plaintiff,<br><br>  v.<br><br>HAL HAYS CONSTRUCTION, INC., et al.,<br><br>      Defendants. | Case No.  1:20-cv-01362-SAB<br><br>ORDER GRANTING STIPULATED REQUEST TO MODIFY SCHEDULING ORDER<br><br>(ECF Nos. 14, 17) |

This action was filed on September 24, 2020.  (ECF No. 1.)  On January 4, 2021, a scheduling order issued, setting forth certain dates and deadlines, including: a nonexpert discovery deadline of October 15, 2021; a dispositive motion filing deadline of March 25, 2022, and a trial date of August 16, 2022.  (ECF No. 14.)  On March 22, 2022, new counsel Manning & Kass, Ellrod, Ramirez, Trester LLP, entered into this action representing Defendant Hal Hays Construction, Inc. ("Hal Hays").  (ECF Nos. 15, 16.)

On April 4, 2022, the parties filed a stipulation requesting the scheduling order be modified to continue the trial date by approximately one year, and to reset the discovery deadlines that have already expired, to a period approximately one year from the expired dates. (ECF No. 17.)  The parties proffer that Hal Hays is engaged in negotiations with the project owner, the United States, regarding: (1) the release of retention funds as a final payment to Hal

1   Hays for the project; and (2) whether liquidated damages are to be asserted against Hal Hays,

2   and if so, in what amount.  Further, as new counsel has just entered this action, the parties proffer

3   Hal Hays would be prejudiced if it were forced to defend itself at trial without a fair opportunity

4   for its new counsel to prepare for trial, and thus request the modifications to allow Hal Hays'

5   new counsel to familiarize itself with this case, and to allow the parties to proceed with discovery

6   following resolution of the disagreement between Hal Hays and the United States.  The Court

7   finds good cause to grant the requested modifications to the scheduling order.

8          Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that the scheduling order

9   is modified as follows:

10          1.      Nonexpert Discovery Deadline: October 17, 2022;

11          2.      Expert Disclosure Deadline: January 16, 2023;

12          3.      Supplemental Expert Disclosure Deadline: February 13, 2023;

13          4.      Expert Discovery Deadline: April 17, 2023;

14          5.      Dispositive Motion Filing Deadline: March 27, 2023;

15          6.      Pre-trial Conference: July 11, 2023, at 1:30 p.m. in Courtroom 9 before United

16                  States Magistrate Judge Stanley A. Boone; and

17          7.      Trial: August 22, 2023, at 9:00 a.m. in Courtroom 9 before United States

18                  Magistrate Judge Stanley A. Boone.

19   All other dates and aspects of the scheduling order shall remain in effect.

20

21   IT IS SO ORDERED.

22   Dated:   **April 5, 2022**

                                                    _____
                                                    UNITED STATES MAGISTRATE JUDGE

23

24

25

26

27

28