# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES, for the use of MASS X, INC.,<br><br>Plaintiff,<br><br>v.<br><br>HAL HAYS CONSTRUCTION, INC., et al.,<br><br>Defendants. | Case No.  1:20-cv-01362-SAB<br><br>ORDER GRANTING STIPULATED MOTION TO MODIFY SCHEDULING ORDER<br><br>(ECF Nos. 18, 21) |

This action was filed on September 24, 2020.  (ECF No. 1.)  On January 4, 2021, a scheduling order issued, which has been modified one time on April 5, 2022.  (ECF Nos. 14, 18.) Currently, the nonexpert discovery is October 17, 2022; the dispositive motion filing deadline is March 27, 2023; a pretrial conference is set for July 11, 2023; and a trial is set to proceed in this consent action on August 22, 2023.  (ECF No. 18.)

On October 14, 2022, the parties filed a stipulated motion to modify the scheduling order. (ECF No. 21.)  The parties request a continuation of the discovery deadlines by a period of 90 days, and an extension of the dispositive motion filing deadline by a period of 60 days.  The parties do not request a change to the pretrial conference or trial dates.  The parties proffer they have now resolved a disagreement following negotiations between the parties, and are now ready to proceed again with discovery.  The Court finds good cause to grant the requested changes to the scheduling order, and although the dispositive motion filing deadline is somewhat in close

proximity to the pretrial conference date, the Court shall keep the current pretrial conference and trial dates as set.

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that the motion is GRANTED and the scheduling order is further modified as follows:

1. Nonexpert Discovery Deadline: January 16, 2023;
2. Expert Disclosure Deadline: March 6, 2023;
3. Supplemental Expert Disclosure Deadline: April 10, 2023;
4. Expert Discovery Deadline: June 12, 2023; and
5. Dispositive Motion Filing Deadline: May 15, 2023.

All other dates and aspects of the scheduling order shall remain in effect.

IT IS SO ORDERED.

Dated: __**October 17, 2022**__

UNITED STATES MAGISTRATE JUDGE