# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MASS X, INC., | Case No. 1:20-cv-01362-SAB |
| Plaintiff, | ORDER VACATING ALL MATTERS AND REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS |
| v. | |
| HAL HAYS CONSTRUCTION, INC., et al., | (ECF No. 24) |
| Defendants. | **DEADLINE: AUGUST 21, 2023** |

This action was filed on September 24, 2020.  (ECF No. 1.)  A pretrial conference is currently set for July 13, 2023, before Magistrate Judge Stanley A. Boone, and trial is set for August 22, 2023.  (ECF Nos. 18, 23.)

On July 6, 2023, the parties filed a notice of settlement.  (ECF No. 24.)  Pursuant to Local Rule 160, the Court is required to fix a date for dispositional documents to be filed within twenty-one (21) days, absent good cause shown to extend such time.  E.D. Cal. L.R. 160(b). Here, the parties proffer they are in the process of drafting the settlement agreement for this action and request 45 days to file the dispositional documents.  The Court finds good cause exists to grant the extension.

///

///

///

1

Accordingly, it is HEREBY ORDERED that:

1. All pending matters and dates are VACATED; and
2. The parties shall file dispositional documents no later than **August 21, 2023**.
3. Failure to timely file the dispositional documents may result in the issuance of sanctions, up to and including dismissal of this action.

IT IS SO ORDERED.

Dated: **July 7, 2023**

UNITED STATES MAGISTRATE JUDGE